Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−25439
Chapter: 7
Judge: Janet S. Baer

In Re:
   Joy Baynes
   9S220 Lake dr
   Willowbrook, IL 60527

Social Security No.:
   xxx−xx−4669

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

      100 S 3rd Street, Courtroom 240, Geneva, IL 60134

      on October 19, 2018 at 11:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

      FOR THE COURT

Dated: September 26, 2018           Jeffrey P. Allsteadt , Clerk
                                                      United States Bankruptcy Court

Form ntchrgRq

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Joy Baynes  
9S220 Lake dr  
Willowbrook, IL 60527  
SSN: xxx−xx−4669 EIN: N.A.

Case No. :   18−25439  
Chapter :    7  
Judge :      Janet S. Baer

# FINAL NOTICE OF DEFICIENCY AND
# HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Certificate of Credit Counseling.**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: September 26, 2018

Jeffrey P. Allsteadt, Clerk  
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 18-25439-JSB
Joy Baynes  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: esullivan      Page 1 of 1      Date Rcvd: Sep 26, 2018
                       Form ID: ntchrgRq      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
db          +Joy Baynes,    9S220 Lake dr,    Willowbrook, IL 60527-2567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27065454        +E-mail/Text: electronicbkydocs@nelnet.net Sep 27 2018 02:02:52     Dept of ED Nelnet,
              3015 Parker Rd,    Aurora CO 80014-2904
27065453        +E-mail/Text: legal@gosafco.com Sep 27 2018 02:01:55      Safco,    6300 Hazeltime National,
              Dr Ste 108,    Orlando FL 32822-5109
                                                                                                                                      TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:
        Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                      TOTAL: 2